

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2014

No. 04-14-00718-CV

**IN RE** Leticia R. **BENAVIDES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

On October 16, 2014, relator filed a petition for writ of mandamus and an emergency motion for stay of a December trial setting in the underlying divorce proceeding. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than October 31, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's emergency motion for stay remains pending before this court.

It is so **ORDERED** on October 17th, 2014.          PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2012CVG001995-C3, styled *In the Matter of the Marriage of Carlos Y. Benavides Jr. and Leticia R. Benavides*, pending in the County Court at Law No 2, Webb County, Texas, the Honorable Jesus Garza presiding.